IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA )<br>    *Ex rel.* SYLVESTER DAVIS, )<br>    Individually )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>LOCKHEED MARTIN CORPORATION )<br>)<br>    Defendant. ) | | CIVIL ACTION NO. 4:09-CV-00645-Y |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND ENTITIES

Pursuant to Local Civil Rules 3.1(c) and 7.4, Lockheed Martin Corporation d/b/a Lockheed Martin Aeronautics Company identifies the following persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities known to be financially interested in the outcome of this case:

1. Sylvester Davis - plaintiff

2. David Marshall Nissman of The McChain Nissman Law Group, LLC - counsel for plaintiff Davis

3. Samuel L. Boyd and Catherin C. Jobe of Boyd & Associates - counsel for plaintiff Davis

4. Veretta Frazier of West & Gooden - counsel for plaintiff Davis

5. United States of America - plaintiff

6. John Scott Hogan – counsel for plaintiff USA

7. Lockheed Martin Corporation - defendant

8. Anthony J. Campiti of Thompson & Knight LLP - counsel for defendant

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSON AND ENTITIES - Page 1**

9. Glenn V. Whitaker, Victor A. Walton, Jr., and Michael J. Bronson of Vorys, Sater, Seymour & Pease, LLP - counsel for defendant

Dated: November 16, 2009.

Respectfully submitted,

THOMPSON & KNIGHT LLP

By: /s/Anthony J. Campiti
Anthony J. Campiti (00798092)
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
Telephone: (214) 969-1565
Facsimile: (214) 999-1549
Email: Tony.Campiti@tklaw.com

*Attorneys for Defendant*


Glenn V. Whitaker (pro hac vice admission pending)
   Ohio State Bar No. 0018169
Victor A. Walton, Jr. (pro hac vice admission pending)
   Ohio State Bar No. 0055241
Michael J. Bronson (pro hac vice admission pending)
   Ohio State Bar No. 0074448
Vorys, Sater, Seymour & Pease, LLP
221 E. 4th St., Suite 2000
Cincinnati, OH 45202
Telephone: (513) 723-4000
Facsimile: (513) 852-8450
Email: gvwhitaker@vorys.com
      vawalton@vorys.com
      mjbronson@vorys.com

*Attorneys for Defendant*

## CERTIFICATE OF ELECTRONIC FILING

The undersigned hereby certifies, pursuant to Rule 8 of Miscellaneous Order 61, that this document has been filed by electronic means.

/s/  Anthony J. Campiti
Anthony J. Campiti

## CERTIFICATE OF SERVICE

Pursuant to Rule 9 of the Court's Miscellaneous Order 61 of the Notice of Electronic Filing automatically generated by this Court's ECF system constitutes service of this document.

/s/  Anthony J. Campiti
Anthony J. Campiti

031421 000158 DALLAS 2551021.1